# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL SANCHEZ-CARMONA,<br><br>    Defendant. | 2:09-CR-00516-PMP-RJJ<br><br>**ORDER** |

On July 20, 2010, Plaintiff United States filed a Motion to Strike (Doc. #31), and Defendant filed a Motion to Dismiss Indictment (Doc. #30) which was also filed July 20, 2010. Although Defendant's Motion to Dismiss Indictment (Doc. #30) is untimely filed, the Court nonetheless concludes it is appropriate to consider the motion on its substantive merits.

**IT IS THEREFORE ORDERED that** Plaintiff's Motion to Strike (Doc. #31) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff United States shall file not later than **July 29, 2010**, a response to Defendant's Motion to Dismiss Indictment (Doc. #30).

**IT IS FURTHER ORDERED that** Defendant shall file a reply memorandum not later than **August 5, 2010.**

DATED: July 22, 2010.

_____
PHILIP M. PRO
United States District Judge