UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:09-CR-00516-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MIGUEL ANGEL SANCHEZ-CARMONA | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant's Motion to Dismiss Indictment (Doc. #30), filed on July 20, 2009. On September 2, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge, entered a Report and Recommendation (Doc. #36) recommending that Defendant's Motion to Dismiss Indictment (Doc. #30) should be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2 and determines that Magistrate Judge Johnston's Report and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Johnston's Report and Recommendation (Doc. #36) is Affirmed and Defendant Miguel Angel Sanchez-Carmona's Motion to Dismiss Indictment (Doc. #30) is **DENIED**.

DATED: September 28, 2010.

PHILIP M. PRO
United States District Judge